### 10789. BAILEY *et al.* v. THE STATE.

LUKE, J. The evidence in this case authorized the conviction of the defendants. The charge of the court, when considered in its entirety, fully and fairly submitted the issues and contentions of the defendants. For no reason assigned was it error to overrule the motion for a new trial.

  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
    DECIDED DECEMBER 12, 1919.

Conviction of receiving stolen goods; from Miller superior court —Judge Worrill. July 7, 1919.

*P. D. Rich,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.